AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania 

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 1:24-mc-00950
a Motorola cell phone with IMEI 350177870053518, )
currently located at 3501 Concord Road, York, PA )

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the __Middle__ District of __Pennsylvania__, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2251(a) | Attempted Sexual Exploitation of a Child |
| 18 U.S.C. 2422(b) | Enticement of a Minor to Engage in Illegal Sexual Activity |

The application is based on these facts:
I, Alyssa Alliger, a Special Agent with the Federal Bureau of Investigation, being duly sworn, depose and state the following:

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days)* _____ is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Alyssa Alliger, FBI SA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__TELEPHONE__ *(specify reliable electronic means)*.

Date: NOV. 25, 2024

*Judge's signature*

City and state: Harrisburg, Pennsylvania      Daryl F. Bloom, Chief U.S. Magistrate Judge
*Printed name and title*